# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THADDEUS DAWSON, | ) | No. CV 09-813 JSL (CW) |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| LARRY SMALL, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a de novo determination with respect to those portions of the Report and Recommendation to which objection has been made.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 8, filed April 2, 2009) be granted; and (3) that judgment be entered dismissing the Petition, with prejudice, as time-barred.

1

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:   June 10, 2010

*Spencer Letts*
_____
J. SPENCER LETTS
Senior United States District Judge